UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHAPLAIN, et al.,

Plaintiffs,

v. CASE NO. 8:22-cv-1276-SDM-TGW

LLOYD J. AUSTIN III, et al.,

Defendants.
___________________________________/

**ORDER**

In *Doster v. Kendall*, No. 1:22-cv-84-MWM (S.D. Ohio), Judge McFarland certifies (Doc. 21) a class of Air Force servicemembers, including "Air Force Academy Cadets." A July 27, 2022 order (*Doster*, Doc. 77) grants preliminary injunctive relief on behalf of the Air Force class. Because Cadet is a member of the Air Force class in *Doster*, the motion (Doc. 195) to extend Cadet's temporary relief is **DENIED AS MOOT**. Further, although two months have elapsed since the severance of this action, neither a motion to amend the complaint to cure the improper venue nor a motion to transfer the action to a proper venue appears. Accordingly, the action is **DISMISSED WITHOUT PREJUDICE** for improper venue.

ORDERED in Tampa, Florida, on August 3, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE